Kym Samuel Cushing, Esq.
Nevada Bar No. 4242
Douglas M. Rowan, Esq.
Nevada Bar No. 4736
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada  89101
(702) 727-1400; FAX (702) 727-1401
kym.cushing@wilsonelser.com
paul.hofmann@wilsonelser.com
*Attorneys for Defendant Target Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AGNES CLAIR HALL, | CASE NO.: 2:14-cv-01005-JCM-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO REMAND ACTION PURSUANT TO 28 U.S.C. §1447** |
| TARGET CORPORATION d/b/a LAS VEGAS FLAMINGO TARGET #265; DOES I-V, inclusive; and ROE BUSINESS ENTITIES I-V, inclusive | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Lewis Gazda, Esq., and Afshin Tadayon, Esq. of GAZDA & TADAYON, attorneys for Plaintiff, CRYSTAL PRINCE (hereinafter "Plaintiff"), and Kym Samuel Cushing, Esq. and Douglas M. Rowan, Esq. of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, attorneys for Defendant TARGET CORPORATION (hereinafter "Defendant"), that as the total value of damages in this action does not exceed this Court's required amount of SEVENTY-FIVE THOUSAND DOLLARS and NO CENTS ($75,000.00) necessary to maintain subject matter jurisdiction in this court, this case shall be REMANDED to the Eighth Judicial District Court of Clark County, Nevada for all further proceedings.

IT IS FURTHER STIPULATED between the parties that the total amount of damages which Plaintiff seeks to recover in this action will not exceed SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00).

664037v.1

1    IT IS FURTHER STIPULATED that Plaintiff WAIVES any right to collectively recover any

2  monies above and beyond SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00) in this action

3  against Defendant, resulting from the incident that occurred on December 2, 2012.

4

5  DATED this _____ day of July, 2014.          DATED this _____ day of July, 2014.

6  **WILSON, ELSER, MOSKOWITZ,**               **GAZDA & TADAYON**
   **EDELMAN & DICKER LLP**

7

8

9  BY: _____               BY: _____
        Kym Samuel Cushing, Esq.                    Lewis Gazda, Esq.
10      Nevada Bar No. 004242                       Nevada Bar No. 004269
        Douglas M. Rowan, Esq.                      Afshin Tadayon
11      Nevada Bar No. 004736                       Nevada Bar No. 006517
        300 South Fourth Street, 11th Floor         2600 South Rainbow Blvd., Suite 200
12      Las Vegas, Nevada  89101                    Las Vegas, NV  89146
        Attorneys for Defendant Target Corporation  Attorney for Plaintiff
13                                                  Agnes Clair Hall

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

664037v.1

1

**ORDER**

2      IT IS HEREBY ORDERED that, as the value of this case does not exceed the jurisdictional

3  limits of this Court, this case is REMANDED to the Eighth Judicial District Court of Clark County,

4  Nevada for all future proceedings, pursuant to the terms stipulated by the parties set forth herein.

5      IT IS FURTHER HEREBY ORDERED that pursuant to the agreement of the parties, the

6  maximum amount of damages which Plaintiff may recover in this matter is limited to SEVENTY-

7  FIVE THOUSAND DOLLARS and NO CENTS ($75,000.00).

8

9      DATED July 18, 2014.

10

11

12                                                   UNITED STATES DISTRICT JUDGE

13

14  Prepared and Respectfully Submitted by:

15  **WILSON, ELSER, MOSKOWITZ, EDELMAN**
    **& DICKER LLP**

16

17

18  BY:
        Kym Samuel Cushing, Esq.

19      Nevada Bar No. 004242
        Douglas M. Rowan, Esq.

20      Nevada Bar No. 004736
        300 South Fourth Street, 11th Floor

21      Las Vegas, Nevada  89101
        *Attorneys for Defendant Target Corporation*

22

23

24

25

26

27

28